UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:  
BENJAMIN J MYERS  
CRYSTAL D MYERS  
Debtor(s)

Case No.: 16-10577  
Chapter 13

**Trustee's Motion for Court Determination of Final Cure and Payment**

On April 29, 2020, the Trustee filed a Notice of Final Cure Payment pursuant to Fed. R. Bankr. Proc. 3002.1(f) in this case for the following mortgage:

**Name of Creditor**: BSI FINANCIAL SERVICES AS SERVICER FOR US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST

**Last four digits** of any number used to identify the debtors' account: 3242

A Payoff Statement dated April 6, 2020 indicating an unpaid principal balance of $119,417.07, an unpaid late charge of $418.72, unpaid fees of $3,038.61 and an unapplied account balance of $646.65.

On April 20, 2020, the Trustee's office contacted creditor's counsel requesting a review regarding the unpaid fees and late charges indicated in the Payoff Statement as well as the escrow account information needed.

A Qualified Written Request response dated May 11, 2020 was received indicating an unpaid principal balance of $119,164.25, the mortgage is loan due for July 1, 2020, and an unapplied account balance of $646.65 with an escrow account balance of $864.64.

On May 12, 2020, US BANK TRUST C/O BSI FINANCIAL SERVICES filed a Response to the Notice of Final Cure indicating Debtors have paid the full amount required to cure the prepetition default and Debtors are current on all post-petition payments including all fees, charges, escrow, expenses and costs with the mortgage loan due for June 1, 2020, contrary to the due date indicated on the Qualified Written Request response dated May 11, 2020 of July 1, 2020. The Response also did not include the updated unpaid principal balance, the escrow account balance, or any suspense/unapplied account balance.

On May 20, 2020, the Trustee's office contacted creditor's counsel requesting an updated Payoff Statement due to the conflicting information received as well as to ensure the fees noted on the Payoff Statement dated April 6, 2020 had been removed and resolved, with no updated Payoff Statement to date.

Pursuant to Fed. R. Bankr. Proc. §3002.1(h), Trustee files this Motion for Determination for this Court to find that as to the mortgage obligation listed above:

1. Debtors paid in full the amount required to cure the pre-petition default as of the date of the Trustee's Notice dated April 29, 2020:

2. Debtors paid all post-petition mortgage payments due and owing as of the date of the Trustee's Notice dated April 29, 2020 and that the mortgage is contractually due for July 2020;

3. Debtors' escrow account had a positive balance and had no post-petition outstanding fees, costs or negative escrow amounts due or owing as of the date of the Trustee's Notice dated April 29, 2020 with an escrow account balance of $864.64 as of May 11, 2020 and an unapplied account balance $646.65 as of May 11, 2020;

4. That the unpaid principal balance on the mortgage was $119,164.25 as of May 11, 2020.

WHEREFORE, pursuant to Fed. R. Bankr. Proc. 3002.1(h), the Trustee moves for this determination.

Dated: June 2, 2020

Respectfully Submitted:

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
Standing Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 254-1313

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on June 2, 2020.

**By U.S. Mail as follows:**
Debtors: BENJAMIN J & CRYSTAL D MYERS, 314 N. MCCLELLAN ST., AUBURN, IN  46706
Creditor: US BANK TRUST, C/O BSI FINANCIAL SERVICES, PO BOX 679002, DALLAS, TX  75267
Creditor Noticing Address:   US BANK TRUST, C/O BSI FINANCIAL SERVICES, 1425 GREENWAY DRIVE, STE 400, IRVING, TX 75038

**By electronic e-mail to the U.S. Trustee and the Debtor Attorney:**
Attorney:  JEFFREY S ARNOLD
Creditor Attorney:   MOLLY SLUTSKY SIMONS
U.S. Trustee: ustpregion10.so.ecf@usdoj.gov

Dated:  June 2, 2020                                                                                  /s/ Debra L. Miller, Trustee