UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:
BENJAMIN J MYERS                                          CASE NUMBER: 16-10577
CRYSTAL D MYERS
Debtors                                                            CHAPTER 13

AGREED ORDER RESOLVING
TRUSTEE'S MOTION FOR COURT DETERMINATION OF FINAL CURE, DOCKET #59

COMES NOW, the Trustee, Debra L. Miller, Creditor, BSI Financial Services as Servicer for US Bank Trust Na, As Trustee of the SCIG Series III Trust, by Counsel, and Debtor, by Counsel, and state as follows:

1. On March 24, 2016 the Debtors filed a Bankruptcy Petition pursuant to Chapter 13 of the Bankruptcy Code.

2. The plan was confirmed on May 25, 2016 with the Trustee paying the ongoing mortgage payment and mortgage arrears through the Plan.

3. On April 29, 2020, the Trustee filed her Notice of Final Cure on Debtor's mortgage stating that pre-petition arrears of $11,432.35 were cured, and the mortgage was current and due for May 2020 with a mortgage payment of $839.22 and a total amount disbursed of $54,070.24.

4. On May 12, 2020, Creditor filed their Response to Notice of Final Cure Payment stating the pre-petition default was paid in full and post-petition payments were due for June 1, 2020 with no outstanding fees, charges, expenses, escrow or costs.

5. On June 2, 2020, the Trustee filed her Motion for Court Determination of Final Cure and Payment stating the Response filed by Creditor indicated no fees were remaining but a payoff statement received indicated there were fees remaining due.

6. The parties now report to the Court that the matter is hereby resolved and state as follows:

    a) The Debtor has paid $11,432.35 in pre-petition arrears and cured the total amount of pre-petition arrears.

    b) The Trustee has disbursed to the Creditor $54,909.46 in total on this loan as of May, 2020.

    c) As of May 21, 2020, the Debtors' mortgage was contractually current with a monthly mortgage payment of $839.22 and the mortgage account contractually due for August 1, 2020 payment.

16-10577 Myers AO with BSI

    d) The Debtor was to begin making the mortgage payment directly beginning with the June 2020 payment in the amount of $839.22.

    e) That there are no pre-petition fees or post-petition outstanding fees or costs as of the date of this order and all parties will bear their own costs for the resolution of this issue.

    f) The escrow balance is $1,674.75 as of July 6, 2020.

    g) The suspense balance is $0.00 as of July 6, 2020.

    h) The outstanding principal balance is $118,910.53 as of May 21, 2020.

    i) Any and all fees listed on any payoff statement or Court pleading, which were incurred prior to the filing of this Agreed Order shall be deemed non-recoverable immediately upon conclusion of this bankruptcy.

    j) That Creditor shall forthwith change their system of record to comport with the amounts contained hereto and Creditor agrees that Creditor and subsequent servicer are estopped from claiming different amounts than contained herein.

| /s/ Debra L. Miller | /s/Jon J. Lieberman | /s/Jeffrey S. Arnold |
|---|---|---|
| Debra L. Miller | Jon J. Lieberman | Jeffrey S. Arnold |
| Chapter 13 Trustee | Attorney for Creditor | Attorney for Debtor |
| P.O. Box 11550 | Sottile & Barile | Arnold Law Office |
| South Bend, IN 46634 | 394 Wards Corner Rd. Suite 180 | 209 W. Vanburen |
| (574) 254-1313 | Loveland, OH  45140 | Columbia City, IN 46725 |
|  | (513) 444-4100 | (260) 248-2169 |

SO ORDERED, this _____

                                                       _____
                                                       Chief Judge Robert E. Grant
                                                       United States Bankruptcy Court